IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

  v.                                                       CV No. 16-00476-LH-WPL
                                                          CR No. 10-03150-LH

ARTHUR HARRIS,

    Defendant.

## ORDER

This matter is before the Court on Defendant Arthur Harris' Motion to Appoint Counsel and Application to Proceed in District Court Without Prepaying Fees or Costs pursuant to 28 U.S.C. § 1915. [CV Docs. 5, 6; CR Docs. 172, 173] The docket reflects that Defendant previously has been found indigent and that counsel has been appointed to represent him in this proceeding pursuant to the Administrative Order In the Matter of Representation in *Johnson v. U.S.*, 576 U.S. __, 135 S. Ct. 2551 (2015) Cases, 16-Mc-00004, Doc. 19 (D.N.M. March 25, 2016). [CR Doc. 167, 11] Therefore, Defendant's motions will be denied as moot.

IT IS THEREFORE ORDERED Defendant's Motion to Appoint Counsel and Application to Proceed in District Court Without Prepaying Fees or Costs pursuant to 28 U.S.C. § 1915 [CV Docs. 5, 6; CR Docs. 172, 173] are DENIED as moot.

                                                                                  *William P. Lynch*
                                                             UNITED STATES MAGISTRATE JUDGE