IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

                              16-cv-00476 LH/WPL

vs.                                   10-cr-3150 LH

ARTHUR HARRIS,

    Defendant-Movant.

## **ORDER**

THIS MATTER having come before the Court on Arthur Harris's Unopposed Motion for Leave to File Memorandum of Law, (CV Doc. 10; CR. Doc. 177), and having considered the reasons therein and noting that the Government does not oppose, finds the Motion well taken;

IT IS THEREFORE ORDERED that Movant is entitled to file a memorandum of law in support of his § 2255 motion within 21 days, on or before August 11, 2016. The Government shall file its response on or before September 2, 2016. Movant shall file his reply, if any, on or before September 19, 2016.

                                                                     _____
                                                                    WILLIAM P. LYNCH
                                                            UNITED STATES MAGISTRATE JUDGE